[Nos. 13516-1-III; 13850-0-III.    Division Three.    December 15, 1994.]

PEREZ TRUCKING, INC., *Appellant*, v. BLUE RIBBON PRODUCE CO., ET AL, *Respondents*.

HAAS FRUIT COMPANY, *Respondent*, v. RICARDO PEREZ, ET AL, *Appellants*.

Appeals from judgments of the Superior Court for Grant County, Nos. 92-2-00855-2, 93-2-00841-1, Evan E. Sperline, J., entered August 26, 1993, and February 9, 1994. *Affirmed*

by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.